IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**CRYSTAL HODGE**                                                       **PLAINTIFF**

vs.                         Civil No. 1:19-cv-01024

**ANDREW SAUL,**                                                  **DEFENDANT**
**Commissioner, Social Security Administration**

## JUDGMENT

Comes now the Court on this the 14th day of April 2020, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED,** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                        /s/ *Barry A. Bryant*
                                                        HON. BARRY A. BRYANT
                                                        U. S. MAGISTRATE JUDGE